ACCEPTED
05-18-00348-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/6/2018 8:52 AM
LISA MATZ
CLERK

## NO. 05-18-00348-CV

EX PARTE JOAN REIMHERR FALLIS

§
§
§
§
§
§

IN THE FIFTH COURT

OF APPEALS

DALLAS COUNTY, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/6/2018 8:52:47 AM
LISA MATZ
Clerk

### NOTICE OF ATTORNEY NOT IN CHARGE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Harold J. Danford, attorney designated as Appellee's Attorney, for Joan Reihmerr Fallis, in the above styled and numbered cause, and shows the following in support.

1.      Joan Reimherr Fallis has not retained Harold J. Danford or Danford Law Firm to represent her on appeal.

2.      Joan Reimherr Fallis was notified by e-mail and in writing if she wished to pursue this appeal she would need to retain our firm. Joan Reimherr Fallis has failed to notify our firm and has failed to respond to any of the correspondence regarding this matter.

3.      Harold J. Danford has not filed anything of record with the Court of Appeals regarding this case. The attorney for the Texas Department of Public Safety noted Harold J. Danford as Appellee's attorney but he has not been retained as such.

4.      Harold J. Danford requests he be discharged from this appeal for the above stated reasons.

**WHEREFORE, PREMISES CONSIDERED**, Harold J. Danford prays that this Court Grant his request.

Respectfully submitted,

Danford Law Firm
813 Barnett Street
Kerrville, Texas 78028
Tel: (830) 257-4045
Fax: (830) 896-5250

By: _____
HAROLD J. DANFORD
State Bar No. OO783924
hdanford@ktc.com

## CERTIFICATE OF SERVICE

This is to certify that on June 5, 2018, a true and correct copy of the above and foregoing

document was e-mailed to Amanda Morrison at the Texas Department of Public Safety, Crime

Records at Amanda.morrison@dps.texas.gov.

_____
HAROLD J. DANFORD

 Gmail

**HAROLD DANFORD** <danfordlaw@gmail.com>

---

## Joan Fallis Expunction Appeal
1 message

---

**HAROLD DANFORD** <danfordlaw@gmail.com>
To: amanda.morrison@dps.texas.gov

Tue, Jun 5, 2018 at 10:04 AM

Dear Mrs. Morrison:

I am not Joan Fallis's appellate attorney. Please find attached Notice filed with the 5th Court of Appeals.
THANKS

--
HAROLD J. DANFORD
Attorney at Law
Danford Law Firm
813 Barnett Street
Kerrville, Texas 78028
(830)257-4045
"The Firm That Fights for You"

---

📄 **Motion for Reasonable Bail Pending Appeal.doc**
54K